MARKET STREET MISSION v. BUREAU OF ROOMING AND
BOARDING HOUSE STANDARD.

July 7, 1987.

Petition for certification granted.  (See 217 *N.J.Super.* 56)

CAROL FITZGIBBON v. THOMAS A. GRECO.

July 7, 1987.

Petition for certification denied.

RAMAKRISHNAN KRISHNAN v. DIRAJE CORPORATION.

July 7, 1987.

Petition for certification denied.

VILLAGE OF PINE RUN v. SOUTH JERSEY GAS COMPANY.

July 7, 1987.

Petition for certification denied.